CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 12 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| MELINDA SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18CV47 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW CARLSON, ET AL., | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1. The Application to Proceed without Prepayment of Fees or Costs is GRANTED;

2. The case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. The Clerk shall close the case.

ENTER: December 11, 2018

/s/ James P. Jones
United States District Judge