IN THE WESTERN DISTRICT COURT OF VIRGINIA

BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 0 2 2019

JULIA C. DUDLEY, CLERK
BY: /s/ L. McClark
DEPUTY CLERK

MELINDA SCOTT,            )
                          )
PLAINTIFF,                )
                          )
V.                        )        CL. NO. 2:18CV47
                          )
CARLSON, ET AL            )
                          )
DEFENDANT.                )

## MOTION

COMES NOW the Plaintiff, and requests this Honorable Court to conceal my residential address and county of residence filed in the above case. The memo requesting the record be sealed was scanned into the pleading on Pacer.gov[1] and is currently public.

RESPECTFULLY

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia
540.692.2342
mscottw@gmu.edu

---

[1] Plaintiff received the Judge's Opinion but not Order and cannot ascertain whether or not the Order included a provision to seal her residential address and county of residence