Melinda Scott
PO BOX 1133-20147PMB87
Richmond, VA 23218
Monday, December 31, 2018

Clerk of the Western District Court of Virginia
180 W Main Street
Room 104
Abingdon, Virginia 24210

               RE:    Notice of Appeal
                      2:18CV47

To the Clerk of the Western District Court of Virginia:

Please find enclosed:

1. Motion (to fix a clerical error) ✓
2. A Notice of Appeal (original) ✓
3. 2 copies of the Notice of Appeal for service on Defendants
4. Proof of service[1] upon the Defendants
5. 8 copies of the Brief in accordance with Rule 31b (for 2 Defendants)

In accordance with Rule 24(a)(3), Plaintiff files this appeal in continuation of her former permission to proceed *in forma pauperis*.

                                       Thank you,

                                       Melinda Scott, *pro-se*
                                       mscottw@gmu.edu

---

[1] 1 copy each of the Notice of Appeal and 1 copies each of the Brief in accordance with Rule 31b