USPS Priority Mail label

SHIP TO:
180 W MAIN ST
STE 104
ABINGDON VA 242...

USPS TRACKING 9505 5122 86...

Clerk
Western District of VA
180 W Main St Rm 104
Abingdon, VA 24210

Melinda Scott
PO Box 1133
2014PMB89
Richmond, VA 23218

