# IN THE WESTERN DISTRICT COURT OF VIRGINIA
## BIG STONE GAP DIVISION

| | |
|---|---|
| MELINDA SCOTT, ) | |
| PLAINTIFF, ) | |
| V. ) | CL. NO. 2:18CV47 |
| CARLSON, ET AL ) | |
| DEFENDANT. ) | |

## NOTICE OF APPEAL

COMES NOW the Plaintiff, in accordance with Rule 3 and files this Notice of Appeal in the above named case. The above named case was closed on December 11, 2018 and filed December 12, 2018. This notice is being timely filed in accordance with Rule 4.

The appeal is being filed on behalf of Plaintiff Melinda Scott. The Order being appealed is 2:18CV47. The part of the dismissal being appealed is whether or not Plaintiff Scott has stated a constitutional invasion of privacy claim based on her Fourth Amendment rights (pg. 5 of Opinion) against Defendants Andrew Carlson and Joshua Moon. The Order was issued by the Federal District Court in Western District of Virginia (Big Stone Gap division). In accordance with Rule 24(a)(3), Plaintiff files this appeal in continuation of her former permission to proceed *in forma pauperis*.

A separate Appellant Brief is attached.

RESPECTFULLY,

*(signature)*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, Virginia

540.692.2342

mscottw@gmu.edu

## Certificate of Service

I, Melinda Scott, have mailed ONE (1) copy of this Notice of Appeal to Defendants: Andrew Carlson, 150 Willow Creek Ave, Schnectady, NY 12304, and Joshua Moon, 3750 Don Janeal Rd, Pensacola, FL 32526 on this _31st_ day of _December_, 2018.

Respectfully submitted,

_[signature]_

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, Virginia

540.692.2342

mscottw@gmu.edu

540.692.2342

mscottw@gmu.edu