## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _01/02/19_<br><br>✓  First NOA in Case<br>___  Subsequent NOA-same party<br>___  Subsequent NOA-new party<br>___  Subsequent NOA-cross appeal<br>___  Paper ROA  ___  Paper Supp.<br>Vols: _____<br>Other: _____ | **District:**<br>Western District of Virginia<br>**Division:**<br>Abingdon Division<br>**Caption:**<br>Melinda Scott v Andrew Carlson, et al. | **District Case No.:**<br>2:18CV47<br><br>**4CCA No(s). for any prior NOA:**<br><br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:**  ___  Bail  ___  Interlocutory  ___  Recalcitrant Witness  ___  Other _____

| | |
|---|---|
| **Confinement-Criminal Case:**<br>___  Death row-use DP Transmittal<br>___  Recalcitrant witness<br>___  In custody<br>___  On bond<br>___  On probation<br>**Defendant Address-Criminal Case:** | **Fee Status:**<br>___  No fee required (USA appeal)     ___  Appeal fees paid in full     ___  Fee not paid<br>**Criminal Cases:**<br>___  District court granted & did not revoke CJA status (continues on appeal)<br>___  District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___  District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>✓  Court granted & did not revoke IFP status (continues on appeal)<br>___  Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___  Court never granted IFP status (must pay fee or apply to 4CCA) |

| | |
|---|---|
| **District Judge:**<br>James P. Jones | **PLRA Cases:**<br>___  Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___  Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |

| | |
|---|---|
| **Court Reporter** (list all):<br>N/A<br><br><br><br><br><br>**Coordinator**: | **Sealed Status** (check all that apply):<br>✓  Portions of record under seal<br>____  Entire record under seal<br>____  Party names under seal<br>____  Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___  Assembled electronic record transmitted<br>___  Additional sealed record emailed to 4cca-filing<br>___  Paper record or supplement shipped to 4CCA<br>✓  No in-court hearings held<br>___  In-court hearings held – all transcript on file<br>___  In-court hearings held – all transcript not on file<br>___  Other: | ___  Assembled electronic record available if requested<br>___  Additional sealed record available if requested<br>___  Paper record or supplement available if requested<br>___  No in-court hearings held<br>___  In-court hearings held – all transcript on file<br>___  In-court hearings held – all transcript not on file<br>___  Other: |

Deputy Clerk: _Felicia Clark_     Phone: 276-628-5116     Date: _01/02/19_