UNITED STATES DISTRICT COURT
Western District of Virginia
Office of the Clerk
322 E. Wood Ave., Room 204
Big Stone Gap, VA 24219

Melinda Scott
P.O. Box 1133-20147PMB87
Richmond, VA  23218

Dear Ms. Scott:

In response to your recent correspondence to the Court, please read the marked sections for information regarding your submission.

☒   Your motion to seal document containing residential address and county of address and notice of appeal was filed with the U.S. District Court on 1/2/2019.  The Fourth Circuit Court of Appeals will notify you when to file your brief.

☒   Per Judge Jones' direction, the Clerk's Office will not be sending the Notice of Appeal for Service upon the defendants.

☒   I am enclosing the 2 copies of the Notice of Appeal for service on Defendants, copies of proofs of service upon the defendants and 8 copies of the Brief.  A copy of the oral order granting your motion to seal document containing residential address and county of address is also enclosed.

Sincerely,
**JULIA C. DUDLEY, Clerk of Court**

Date:  January 2, 2019