FILED: January 3, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-1011
(2:18-cv-00047-JPJ-PMS)

_____

MELINDA SCOTT

        Plaintiff - Appellant

v.

ANDREW CARLSON; JOSHUA CONNER MOON

        Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Big Stone Gap |
|---|---|
| Originating Case Number | 2:18-cv-00047-JPJ-PMS |
| Date notice of appeal filed in originating court: | 01/02/2019 |
| Appellant (s) | Melinda Scott |
| Appellate Case Number | 19-1011 |
| Case Manager | Jennifer Rice<br>804-916-2702 |