FILED: July 2, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1011
(2:18-cv-00047-JPJ-PMS)

_____

MELINDA SCOTT

    Plaintiff - Appellant

v.

ANDREW CARLSON; JOSHUA CONNER MOON

    Defendants - Appellees

_____

JUDGMENT

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK